UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   17-80013-CR-MIDDLEBROOKS/BRANNON

UNITED STATES OF AMERICA

v.

STEFAN GATT,

     **Defendant.**

_____/

## UNITED STATES' MOTION FOR DOWNWARD DEPARTURE PURSUANT TO U.S.S.G. § 5K1.1

Pursuant to U.S.S.G. § 5K1.1, the United States of America hereby moves for a downward departure from the sentencing guidelines range applicable to Defendant Stefan Gatt ("Gatt") in order to reflect his substantial assistance in the investigation and prosecution of others.  In support of this motion, the government states as follows:

1.    On January 24, 2017, Gatt was charged by Indictment for his involvement in a health care fraud scheme in Palm Beach and Broward Counties.  Gatt was charged with six co-defendants.  Prior to the return of the indictment, Gatt had been assisting agents for several months in the investigation of his co-defendants and others.  Gatt met with agents on several occasions to provide information.

2.    On February 6, 2017, Gatt entered a guilty plea pursuant to a plea agreement and accepted responsibility for his role in the offense.  As part of his plea agreement, Gatt agreed to assist the United States in its investigation and prosecution of others.

3.    Evans is scheduled to be sentenced on April 24, 2017.

4.    For reasons to be explained to the Court during the sentencing, the United States believes that Gatt has provided substantial assistance in the investigation and prosecution of

another, and the United States recommends a 50% reduction for his assistance.

5. If the Court adopts the calculations set forth in the Plea Agreement, then the applicable advisory guideline range for Gatt will be 46 to 57 months' imprisonment. If the Court grants the United States' 5K1.1 Motion, the United States recommends that the Court grant a 50% reduction from the low-end of the advisory guideline range, for a final advisory guideline sentence of 23 months' imprisonment.

Respectfully submitted,

BENJAMIN GREENBERG
ACTING UNITED STATES ATTORNEY

By: /s/ A. Marie Villafaña
A. MARIE VILLAFAÑA
Assistant United States Attorney
Florida Bar No. 0018255
500 South Australian Ave, Suite 400
West Palm Beach, FL 33401
Telephone: 561-820-8711
Facsimile: 561-820-8777
ann.marie.c.villafana@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 24, 2017, I served the foregoing document by hand on counsel for defendant Stefan Gatt.

/s/ A. Marie Villafaña
A. MARIE VILLAFAÑA
Assistant United States Attorney